**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DENOISYO SPARKS** | **Case No.: 4:19-CR-00028-CDL-MSH-1** |

**ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE AND TRIAL**

Defendant *Denoisyo Sparks* has moved the Court to continue the pre-trial conference of his case, presently scheduled for August 29, 2019, and schedule this case for the Court's January 2020 jury trial term. The Government does not oppose this motion. The defendant was arraigned on July 31, 2019. Counsel needs additional time to investigate the charge and complete legal research. Counsel for Mr. Sparks needs to discuss possible plea resolutions and restitution issues, or trial stipulations with the government once counsel is able to complete investigation, legal research, and review all matters with Mr. Sparks  The Court finds that it is in the interests of justice to allow the continuance for additional time to allow the parties to complete a thorough investigation, legal research and to explore possible plea negotiations, and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 19] is **GRANTED**, and it is hereby ordered that this case shall be continued. It shall be scheduled for the Court's January 2020 jury trial term with a pretrial conference in advance of that trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **15th** day of **August, 2019**.

s/Clay D. Land
HONORABLE CLAY D. LAND